NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTIE K. PERKINS, DOC #15134123          )
                                         )
             Appellant,                  )
                                         )
v.                                       )          Case No.  2D18-108
                                         )
STATE OF FLORIDA,                        )
                                         )
             Appellee.                   )
_____  )

Opinion filed July 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Artie K. Perkins, pro se.


PER CURIAM.


             Affirmed.


VILLANTI, CRENSHAW, and BADALAMENTI, JJ., Concur.